IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 17 2006 ★
BROOKLYN OFFICE

IN RE: ZYPREXA PRODUCTS ) MDL Docket No. 1596
LIABILITY LITIGATION )
) Case No. 1:04-CV-02871-JBW-RLM
This document relates to: )
)
BARBARA HOOD, )
)
Plaintiff, )
) **STIPULATION OF DISMISSAL**
v. ) **WITH PREDJUDICE**
)
ELI LILLY AND COMPANY, )
)
Defendant. )

Pursuant to FRCP 41(a)(1)(ii), all parties herein, through their designated counsel, hereby stipulate that the above captioned action is hereby dismissed with prejudice and with each party to bear their own costs.

Dated: 10/2/2006

By: _____
Joe R. Whatley, Jr., Esquire
WHATLEY DRAKE, L.L.C.
2323 2ND Avenue North
Birmingham, AL 35203
(205) 328-9576

ATTORNEYS FOR PLAINTIFF

Dated: 10/3/2006

By: _____
George Lehner, Esquire
PEPPER HAMILTON, LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

ATTORNEYS FOR DEFENDANT

*close the case*
*JBW 10/5/06*

